JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 894 -- In re Halprin I.R.S. Summons Litigation                     p.1

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/05/13 | 1 | MOTION/MEMORANDUM/SCHEDULE OF ACTIONS/ w/cert of svc. -- plaintiff Robert D. Halprinn for transfer of A-1 through A-8 Suggested Transferee District: S.D. Florida  Suggested Transferee Judge: Judge William J. Zloch  (rew) |
| 91/05/22 | 2 | ADMENDED MOTION -- (to pldg #1) -- To include Additional Action for transfer to the S.D. Florida for pretrial proceedings (Robert D. Halprin v. United States of America, et al., E.D. Pennsylvania, C.A. No. 91-CV-2924 -- Filed by plft. Robert D. Halprin -- w/cert. of svc.  (sg) |
| 91/05/24 |  | APPEARANCES -- STUART L. STEIN, ESQ. for Robert D. Halprin (A-1 thru A-9) and A.B. PHILLIPS, ESQ. for U.S.A. (ds) |
| 91/05/31 | 3 | WITHDRAWAL OF MOTION -- Filed by the plft. Robert D. Halprin and the deft. United States of America -- w/cert of svc. (sg) |
| 91/06/06 |  | ORDER DEEMING MOTION WITHDRAWN -- Notified involved clerks and counsel  (sg) |

JPML Form 1

Revised: 8/78

DOCKET NO. 894 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Halprin I.R.S. Summons Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 6/6/91 | MO | W/D | | | |

Special Transferee Information

DATE CLOSED: June 6, 1991

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 894 -- In re Halprin I.R.S. Summons Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Robert D. Halprin v. United States of America, et al. | Fla.,S. Paine | 91-6247-CIV-PAINE | | | | |
| A-2 | Robert D. Halprin v. United States of America, et al. | N.J. Debevoise | CIV 91-1426 (DRD) | | | | |
| A-3 | Robert D. Halprin v. United States of America, et al. | N.Y.,S. | M18-304 | | | | |
| A-4 | Robert D. Halprin v. United States of America, et al. | Mo.,W. Sachs | 91-0320-CI-W-6 | | | | |
| A-5 | Robert D. Halprin v. United States of America, et al. | Cal.,N. Vukasin | C-91-1064-JPV | | | | |
| A-6 | Robert D. Halprin v. United States of America, et al. | Cal.,C. | 91-2007-JGD (JRx) | | | | |
| A-7 | Robert D. Halprin v. United States of America, et al. | Mass. | 91-11031Z | | | | |
| A-8 | Robert D. Halprin v. United States of America, et al. | Wis.,E. | 91-C-333 | | | | |
| A-9 | Robert D. Halprin v. United States of America, et al. | Pa.,E. Weiner | 91-CV-2924 | | | | Amended Motion filed 5/22/91 |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 894 -- In re Halprin I.R.S. Summons Litigation

========================================================================

ROBERT D. HALPRIN   (A-1 - A-9)
Stuart L. Stein, Esq.
Stuart L. Stein, P.A.
Post Office Box  9907
Santa Fe, NM  87504-9907

UNITED STATES OF AMERICA
A.B. Phillips, Esquire
Trial Attorney, Tax Division
United States Department of Justice
Post Office Box 14198
Ben Franklin Station
Washington, D.C.  20530

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 894 -- In re Halprin I.R.S. Summons Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| United States of America | A-1 - A-8 |
| Department of the Treasury | A-1 - A-8 |
| Internal Revenue Service | A-1 - A-8 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

JPML FORM 3

p. 1