*DOCKET NO. 894*

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

JUN -6 91

PATRICIA D. HOWARD
CLERK OF THE PANEL

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE HALPRIN I.R.S. SUMMONS LITIGATION*

*ORDER DEEMING MOTION WITHDRAWN*

This matter is before the Panel on a motion by Robert D. Halprin, the plaintiff in the nine actions on the attached Schedule A.  The motion, as amended, seeks to centralize the actions, pursuant to 28 U.S.C. §1407, in the Southern District of Florida for coordinated or consolidated pretrial proceedings. Movant now seeks to withdraw his Section 1407 motion on the basis of his representation that the parties to the litigation have reached a settlement agreement that eliminates the need for centralization.  Defendant the United States of America concurs in movant's withdrawal request.

IT IS THEREFORE ORDERED that movant's request to withdraw his Section 1407 motion be granted, and that the motion be, and the same hereby is, DEEMED WITHDRAWN.

FOR THE PANEL:

John F. Nangle
Chairman

## *SCHEDULE A*

### *MDL-894 -- In re Halprin I.R.S. Summons Litigation*

#### Central District of California

Robert D. Halprin v. United States of America, et al.,
C.A. No. 91-2007-JGD(JRx)

#### Northern District of California

Robert D. Halprin v. United States of America, et al.,
C.A. No. C-91-1064-JPV

#### Southern District of Florida

Robert D. Halprin v. United States of America, et al.,
C.A. No. 91-6247-CIV-PAINE

#### District of Massachusetts

Robert D. Halprin v. United States of America, et al.,
C.A. No. 91-11031Z

#### Western District of Missouri

Robert D. Halprin v. United States of America, et al.,
C.A. No. 91-0320-CI-W-6

#### District of New Jersey

Robert D. Halprin v. United States of America, et al.,
C.A. No. CIV 91-1426(DRD)

#### Southern District of New York

Robert D. Halprin v. United States of America, et al.,
C.A. No. M18-304

#### Eastern District of Pennsylvania

Robert D. Halprin v. United States of America, et al.,
C.A. No. 91-CV-2924

#### Eastern District of Wisconsin

Robert D. Halprin v. United States of America, et al.,
C.A. No. 91-C-333